RECVD MAY14'26AM10:09 MDGA-MAC

| Unit # | | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|
| 1 | [✓] Driver [ ] Ped [ ] Bike | DAVIS | ALBERT | |
| [✓] Susp At Fault | | Address: 4213 WILLIS ST. APT. #2 | | |

| City | State | Zip | DOB |
|---|---|---|---|
| COLUMBUS | GA | 31903 | 8/24/1961 |

| Driver's License No | Class | State | Country |
|---|---|---|---|
| 054813689 | CLASS C | GA | USA |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| PROGRESSIVE | 996852595 | 7627466560 |

| Year | Make | Model |
|---|---|---|
| 2016 | HYUNDAI | VELOSTER |

| VIN | Vehicle Color |
|---|---|
| KMHTC6AD2GU250038 | White |

| Tag # | State | County | Year |
|---|---|---|---|
| SHZ9075 | GA | MUSCOGEE | |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| | | | |

| [✓] Same as Driver | Owner's Last Name | FIRST | MIDDLE |
|---|---|---|---|
| | DAVIS | ALBERT | |

| Address | | |
|---|---|---|
| 4213 WILLIS ST. APT. #2 | | |

| City | State | Zip |
|---|---|---|
| COLUMBUS | GA | 31903 |

Removed By: GRIFFIN & GRIFFIN [✓] Request [✓] List

| Alcohol Test | Type | Results | Drug Test | Type | Results |
|---|---|---|---|---|---|
| No | | | No | | |

| First Harmful Event | Most Harmful Event | Operator/Ped Cond |
|---|---|---|
| Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

Operator Factors: Failed to Yield

Vehicle Factors: Other Roadway Factors: No Contributing Factors

| Direction of Travel | Vehicle Maneuver | Non-Motor Maneuver |
|---|---|---|
| South | Turning Right | |

| Vehicle Class | Vehicle Type | Vision Obscured |
|---|---|---|
| Privately Owned | Passenger Car | Not Obscured |

| Number of Occupants | Area of Initial Contact | Damage to Vehicle |
|---|---|---|
| 1 | Left Side-Far Front | Disabling Damage |

| Traffic Way Flow | Road Composition | Road Character |
|---|---|---|
| One-Way Trafficway | Black Top | Curve and Level |

Number of Lanes: 2 Posted Speed: 35 Work Zone: None

Traffic Control: Yield Sign Device Inoperative: [ ] Yes [✓] No

**Citation Information:**

| Citation # | Description | O.C.G.A. § | |
|---|---|---|---|
| Citation # | FAILURE TO YIELD AT YIELD SIGN | O.C.G.A. § | 40-6-72C |
| Citation # | SUSPENDED REGISTRATION | O.C.G.A. § | 40-6-15 |
| Citation # | | O.C.G.A. § | |

**COMMERCIAL MOTOR VEHICLES ONLY**

Carrier Name

Address City State Zip

U.S. D.O.T. # No. of Axles G.V.W.R.

Cargo Body Type Vehicle Config. [ ] Interstate [ ] Intrastate Fed. Reportable [ ] Yes [ ] No

C.D.L ? [ ] Yes [ ] No C.D.L. Suspended? [ ] Yes [ ] No

Vehicle Placarded? [ ] Yes [ ] No Hazardous Materials? [ ] Yes [ ] No

Hazmat Released? [ ] Yes [ ] No

If YES: Name or 4 Digit Number from Diamond or Box:

One Digit Number from Bottom of Diamond:

[ ] Ran Off Road [ ] Down Hill Runaway [ ] Cargo Loss or Shift [ ] Separation of Units

# COLUMBUS POLICE DEPARTMENT

COLUMBUS, GEORGIA
AGENCY ORI: GA10601000
MOTOR VEHICLE ACCIDENT INFORMATION

| | | | |
|---|---|---|---|
| REPORT NUMBER: 2025-00041105 | | DATE/TIME: 07/13/2025 23:57 | |
| LOCATION: CUSSETA RD | | | |
| CROSS ST: LAKE SIDE DR | | | |
| OFFICER: D. JOHNSON 27981 | | | |
| TOTAL # INJURED | LONGITUDE | LATITUDE | POSTED SPEED: 35 |

## UNIT 1

### DRIVER INFORMATION

| | | |
|---|---|---|
| LAST NAME, FIRST NAME: DAVIS, ALBERT | | |
| SEAT BELT USED / AIR BAG DEPLOYED | DRIVER'S LICENSE NO.: 054813689 | STATE: GA |
| PHONE: 7627466560 | EMAIL: | |

### VEHICLE INFORMATION

| | | |
|---|---|---|
| VIN: KMHTC6AD2GU250038 | LICENSE PLATE: SHZ9075 | STATE: GA |
| MAKE: Hyundai | COLOR: WHITE | |
| MODEL: VELOSTER | YEAR: 2016 | P.O.I.: Left Front |
| PROPERTY DAMAGE: DISABLING | VEHICLE OWNER: | |

Look

### LIABILITY INSURANCE INFO

| | |
|---|---|
| COMPANY: PROGRESSIVE | PHONE: 800-274-4499 |
| POLICY #: 996852595 | AGENT NAME: |

## UNIT 2

### DRIVER INFORMATION

| | | |
|---|---|---|
| LAST NAME, FIRST NAME: PATEL, ARPANKUMAR | | |
| SEAT BELT USED / AIR BAG DEPLOYED | DRIVER'S LICENSE NO.: 10075736 | STATE: AL |
| PHONE: | EMAIL: | |

### VEHICLE INFORMATION

| | | |
|---|---|---|
| VIN: 5FNRL5H66GB065340 | LICENSE PLATE: 57A05A0 | STATE: GA |
| MAKE: Honda | COLOR: GRAY | |
| MODEL: ODYSSEY | YEAR: 2016 | P.O.I.: Left Center |
| PROPERTY DAMAGE: FUNCTIONAL | VEHICLE OWNER: REBECKAH PATEL | |

Look

### LIABILITY INSURANCE INFO

| | |
|---|---|
| COMPANY: PROGRESSIVE | PHONE: 800-274-4499 |
| POLICY #: 933406442 | AGENT NAME: |

To obtain a copy of your report go to BUYCRASH.COM and enter the following information: Party Last Name and/or Agency, Report Number, VIN Number (Credit or Debit Card Required)

## III. LIABILITY OF DEFENDANT AND DAMAGES SOUGHT

12.

Defendant Albert Davis is liable to Plaintiff for tortious acts and omissions, including but not limited to the following:

a. Negligently failing to yield at the yield sign;
b. Negligently failing to keep a proper lookout ahead;
c. Negligently failing to maintain proper control of Defendant Albert Davis's vehicle;
d. Other violations of the rules of the road which may also be negligence per se in violation of statute.

Judge Amened This.

13.

Plaintiff's damages are the direct and proximate result of Defendant's negligent conduct.

14.

As a direct and proximate result of Defendant's negligent conduct, Plaintiff seeks a verdict for compensatory damages, including special damages for medical expenses in the amount of $2,914.34, lost wages in the amount of $5,052.48, as well as general damages in an amount to be determined by the trier of fact.

**WHEREFORE,** Plaintiff prays for the following relief:

a. Summons issue requiring Defendant to be and appear as provided by law to answer Plaintiff's Complaint;
b. A bench trial be held;
c. Plaintiff have judgment for special and general damages to fully and completely compensate Plaintiff;
d. All costs be cast against Defendant; and
e. For such other and further relief as this Court shall deem just and appropriate.

Respectfully submitted February 14, 2026.

**GARY O. BRUCE, P.C.**
912 Second Ave.
Columbus, GA 31901
Phone: 706-596-1446
Fax: 706-395-2546
Email: cody@garybrucelaw.net

Cody M. Allen
Georgia Bar No. 864702
Gary O. Bruce
Georgia Bar No. 090266
*Attorneys for Plaintiff*

## II. OPERATIVE FACTS

5.

On July 13, 2025, Defendant Albert Davis was driving south and entering a roundabout from Cusseta Road in Columbus, Muscogee County, Georgia.

6.

At that same time, Plaintiff was traveling south in the roundabout on Cusseta Road in Columbus, Muscogee County, Georgia.

7.

Defendant Albert Davis failed to yield at the yield sign located on Cusseta Road and entered the roundabout, causing the left front end of his vehicle to strike the right-side center of Plaintiff's vehicle. Police Report Said Left Side,

8.

Defendant Albert Davis caused the subject collision.

9.

As a result of the collision, Plaintiff suffered bodily injuries, including but not limited to, neck pain, upper and lower back pain, left shoulder pain, cervical strain, lumbar strain, and muscle spasms.

10.

As a result of the collision, Plaintiff incurred medical expenses in the amount of $2,914.34 for medical treatment, including but not limited to, emergency room care, x-rays of the cervical spine and left shoulder, urgent care treatment, steroid and Toradol injections, and physical therapy.

11.

Plaintiff is employed by the United States Postal Service and missed 19 days of work, from July 17, 2025 through August 12, 2025. Plaintiff earns $33.24 per hour and works 8 hours per day. As a result of the collision, Plaintiff incurred $5,052.48 in lost wages.