RECVD MAY14'26 AM10:08
MDGA-MAC

Retail

U.S. POSTAGE PAID
FCM LG ENV
COLUMBUS, GA 31903
MAY 11, 2026

31202

$2.17

RDC 99

S2324H502239-15

FROM:

Albert DAvis
4213 Willis ST
Columbus, GA
31903

TO:

U.S. District Court
Clerk's Office
P.O. Box 128
MACON, GA
31202

Utility Mailer
10 1/2" x 16"

ReadyPost